# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2110

_____

Frances Anita Nave,

      Appellant,

      v.

Merck & Company, Inc.; Joseph F.
Panegasser; Douglass Wynd,

      Appellees.

\*    Appeal from the United States
\*    District Court for the Eastern
\*    District of Missouri.
\*
\*    [UNPUBLISHED]
\*

_____

Submitted: March 8, 2001
Filed: March 13, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Frances Nave appeals from the district court's[1] grant of summary judgment to defendants in her action under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1983. After de novo review, see Schuver v. MidAm. Energy Co., 154 F.3d 795, 799 (8th Cir. 1998), we conclude the district court properly granted summary judgment to defendants for the reasons discussed in its order. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.